JARED C. COBELL
Assistant U.S. Attorney
U.S. Attorney's Office
P.O. Box 3447
Great Falls, MT 59403
119 First Ave. North, Suite 300
Great Falls, MT 59403
Phone: (406) 761-7715
FAX: (406) 453-9973
E-mail: jared.cobell@usdoj.gov

ATTORNEY FOR PLAINTIFF
UNITED STATES OF AMERICA



FILED

JAN 0 6 2022

Clerk, U.S District Court
District Of Montana
Great Falls

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
GREAT FALLS DIVISION

| UNITED STATES OF AMERICA, | CR 22-04-GF-BMM |
|---|---|
| Plaintiff, | INDICTMENT |
| vs. | ASSAULT RESULTING IN SUBSTANTIAL BODILY INJURY |
| JASPER RYAN RATTLER, | Title 18 U.S.C. §§ 1153(a) and 113(a)(7) (Penalty: Five years imprisonment, $250,000 fine, and three years of supervised release) |
| Defendant. | |

THE GRAND JURY CHARGES:

That on or about February 12, 2021, at Starr School, in Glacier County, in the State and District of Montana, and within the exterior boundaries of the Blackfeet Indian Reservation, being Indian Country, the defendant, JASPER RYAN

1

RATTLER, an Indian person, intentionally assaulted Jane Doe, an intimate and dating partner of the defendant, JASPER RYAN RATTLER, said assault resulting in substantial bodily injury, in violation of 18 U.S.C. §§ 1153(a) and 113(a)(7).

A TRUE BILL.

Foreperson signature redacted. Original document filed under seal.

FOREPERSON

_____
LEIF M. JOHNSON
United States Attorney

_____
JOSEPH E. THAGGARD
Criminal Chief Assistant U.S. Attorney