IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
GREAT FALLS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>JASPER RYAN RATTLER<br><br>Defendant. | CR 22-04-GF-BMM<br><br>ORDER GRANTING SECOND MOTION TO REVOKE PRETRIAL RELEASE<br>AND ISSUING WARRANT |

The Government has moved to revoke the defendant's pretrial release. I find there is probable cause to believe the defendant has violated his conditions of release, supported by the affidavit of the U.S. Pretrial Services Officer given under penalty of perjury. The Court grants the motion and orders the issuance of a WARRANT.

DATED this 8th day of June 2022.

Brian Morris, Chief District Judge
United States District Court