IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
GREAT FALLS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR-22-04-GF-BMM |
| Plaintiff, | |
| vs. | **ORDER** |
| JASPER RYAN RATTLER, | |
| Defendant. | |

Due to the Defendant's placement at Crystal Creek Treatment Center on June 9, 2022, **IT IS HEREBY ORDERED** the Arrest Warrant (Doc. 31) is hereby QUASHED.

DATED this 9th day of June, 2022.

_____
John Johnston
United States Magistrate Judge