# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# GREAT FALLS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>JASPER RYAN RATTLER,<br><br>Defendant. | CR 22-04-GF-BMM<br><br><br>ORDER TO FILE DOCUMENTS UNDER SEAL |

Based on motion of the United States and good cause appearing,

IT IS HEREBY ORDERED that the Clerk of Court shall file Doc. 57-1, Exhibit 1 to the Government's Sentencing Memorandum underseal.

DATED this 21st day of February, 2023.

_____
Brian Morris, Chief District Judge
United States District Court

1